```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 06444
    LAWANDA DAVIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
             Debtor
    SSN XXX-XX-3220


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/18/2008 and was not confirmed.

      The case was dismissed without confirmation 11/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

US BANK NATIONAL           NOTICE ONLY    NOT FILED           .00           .00
US BANK NATIONAL ASSOCIA   CURRENT MORTG       .00            .00           .00
US BANK NATIONAL ASSOCIA   MORTGAGE ARRE       .00            .00           .00
EMC MORTGAGE               CURRENT MORTG       .00            .00           .00
EMC MORTGAGE               MORTGAGE ARRE   1725.60            .00           .00
AFNI                       UNSECURED      NOT FILED           .00           .00
ALLIED INTERSTATE          UNSECURED      NOT FILED           .00           .00
AMERICREDIT FINANCIAL SV   UNSECURED      17774.71            .00           .00
BLUE HIPPO FUNDING LLC     UNSECURED      NOT FILED           .00           .00
CARDIOLOGY ASSOC           UNSECURED      NOT FILED           .00           .00
T MOBILE                   UNSECURED      NOT FILED           .00           .00
H & R ACCOUNTS             UNSECURED         101.40           .00           .00
JCITRON LAW                UNSECURED        1004.00           .00           .00
SEARS DENTAL               UNSECURED      NOT FILED           .00           .00
DIRECTV                    UNSECURED      NOT FILED           .00           .00
ROUNDUP FUNDING LLC        UNSECURED         354.49           .00           .00
B-REAL LLC                 UNSECURED        1187.35           .00           .00
NICOR GAS                  UNSECURED      NOT FILED           .00           .00
INGALIS HOSPITAL           UNSECURED      NOT FILED           .00           .00
RMI/MCSI                   UNSECURED         825.00           .00           .00
RMI/MCSI                   UNSECURED      NOT FILED           .00           .00
AMERICREDIT FINANCIAL SV   SECURED NOT I       .00            .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY     2,500.00                      1,781.76
TOM VAUGHN                 TRUSTEE                                         138.24
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    1,920.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 06444 LAWANDA DAVIS
```

```
ADMINISTRATIVE                                              1,781.76
TRUSTEE COMPENSATION                                          138.24
DEBTOR REFUND                                                    .00
                                    ---------------   ---------------
TOTALS                                     1,920.00          1,920.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 02/24/09               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE